

# NUMBER 13-17-00127-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROLANDO S. VILLEGAS,                                    Appellant,

v.

THE STATE OF TEXAS,                                    Appellee.

### On appeal from the 24th District Court
### of Victoria County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Order Per Curiam

This Court has received the appellate record with the exception of certain sealed exhibits. The clerk of the trial court is ORDERED to forward sealed Exhibit SX 22 admitted at trial in Cause No. 5-12-29051-A to this Court within ten days from the date of this order.

It is so ORDERED.

PER CURIAM

Delivered and filed the
1st day of October, 2018.